NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARNIE ANN ZANK,                          )
                                          )
                Appellant,                )
                                          )
v.                                        )       Case No. 2D18-3328
                                          )
SHANNON MARIE GRUBER,                     )
                                          )
                Appellee.                 )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pinellas
County; Susan St. John, Judge.

J.S. Lucas Fleming of The Fleming Law
Group, P.A., St. Petersburg, for Appellant.

No appearance. for Appellee.


PER CURIAM.


                Affirmed.


KHOUZAM, C.J., and KELLY and ATKINSON, JJ., Concur.